# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00456-CV

**Fameco-Texas, LLC d/b/a Dream Home Builders, Appellant**

**v.**

**RLI Insurance Company, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 24DCV347089, THE HONORABLE MIKE RUSSELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Fameco-Texas, LLC d/b/a Dream Home Builders has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: August 29, 2025